UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA (Baton Rouge)

| | |
|---|---|
| **FOREVER GREEN ATHLETIC FIELDS, INC., KEITH DAY, AND DAVID RIPKA**<br>*Plaintiffs* | **CASE NO.: 3:11-cv-00633-JJB-DLD** |
| **VERSUS** | **JUDGE JAMES J. BRADY** |
| **BABCOCK LAW FIRM, LLC, BABCOCK PARTNERS, LLC, STEPHEN BABCOCK, APLC, TIMOTHY STEPHEN BABCOCK, ESQ., AND WESTPORT INSURANCE CORPORATION**<br>*Defendants* | **MAGISTRATE JUDGE DOCIA L. DALBY** |

## MOTION TO COMPEL

Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Corporation move in accordance with Rule 37 (a) of the Federal Rules of Civil Procedure to compel Forever Green Athletic Fields, Inc.'s, Keith Day's and David Ripka's responses to Interrogatories and Requests for Production of Documents for reasons set forth in the accompanying Memorandum in Support. The defendants attach and incorporate the accompanying Memorandum in Support and exhibits as if copied herein verbatim and in their entirety.

Accordingly, Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Company pray for an order under Fed. R. Civ. P. 37(a) compelling Forever Green Athletic Fields, Inc., Keith Day and David Ripka to provide full and complete responses to the defendants' Interrogatories and Requests for Production of Documents by a specified date.

1

ALLEN & GOOCH

A Law Corporation

s/ D. Paul Gardner, Jr.
JAMES H. GIBSON - 23171
D. PAUL GARDNER, JR. - 29872
2000 Kaliste Saloom Rd., Suite 400
Lafayette, LA 70508
P.O. Box 81129
Lafayette, LA 70509-1129
Tel: 337-291-1490
Fax: 337-291-1495
PaulGardner@AllenGooch.com
*Attorneys for Babcock Law Firm, L.L.C.,
Babcock Partners, L.L.C., Stephen Babcock,
APLC, Timothy Stephen Babcock and
Westport Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer to Complaint was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. J. Christopher Alexander, Sr. via the Court's electronic filing system.

Lafayette, Louisiana, this 24TH day of May, 2012.

s/ D. Paul Gardner, Jr.
D. PAUL GARDNER, JR.