UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA (Baton Rouge)

| | |
|---|---|
| **FOREVER GREEN ATHLETIC FIELDS, INC., KEITH DAY, AND DAVID RIPKA**<br>*Plaintiffs* | **CASE NO.: 3:11-cv-00633-JJB-DLD** |
| **VERSUS** | **JUDGE JAMES J. BRADY** |
| **BABCOCK LAW FIRM, LLC, BABCOCK PARTNERS, LLC, STEPHEN BABCOCK, APLC, TIMOTHY STEPHEN BABCOCK, ESQ., AND WESTPORT INSURANCE CORPORATION**<br>*Defendants* | **MAGISTRATE JUDGE DOCIA L. DALBY** |

## MEMORANDUM IN SUPPORT

On March 19, 2012, Interrogatories and Requests for Production of Documents were propounded to Forever Green Athletic Fields, Inc., Keith Day and David Ripka (collectively "the plaintiffs") via certified mail. (**Exhibit "A"**). The plaintiffs' responses were not received within the delays allowed under the Federal Rules of Civil Procedure.

On April 30, 2012, the undersigned counsel wrote to the plaintiffs' counsel, requesting the status of his clients' discovery responses. The plaintiffs' counsel responded and requested an extension of time until May 14, 2012, which was granted. (**Exhibit "B"**). The plaintiffs' responses were not received by that date.

On May 16, 2012, the undersigned emailed the plaintiffs' counsel, again requesting the status of his clients' responses. The plaintiffs' counsel requested another extension of the time until May 23, 2012, which was granted. (**Exhibit "C"**). To date, the plaintiffs have failed to respond to the defendants' discovery requests.

1

Accordingly, the defendants move and pray for an order compelling the plaintiffs' to provide full and complete responses to the requested discovery by a specified date. Fed. R. Civ. P. 37(a).

ALLEN & GOOCH

A Law Corporation

s/ D. Paul Gardner, Jr.
JAMES H. GIBSON - 23171
D. PAUL GARDNER, JR. - 29872
2000 Kaliste Saloom Rd., Suite 400
Lafayette, LA  70508
P.O. Box 81129
Lafayette, LA  70509-1129
Tel:  337-291-1490
Fax: 337-291-1495
PaulGardner@AllenGooch.com
*Attorneys for Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer to Complaint was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Mr. J. Christopher Alexander, Sr. via the Court's electronic filing system.

Lafayette, Louisiana, this 24TH day of May, 2012.

s/ D. Paul Gardner, Jr.
D. PAUL GARDNER, JR.

2