

**A LAW CORPORATION**

April 30, 2012

Mr. J. Christopher Alexander, Sr.                                                   *Via Fax*
Law Office of J. Christopher Alexander, Sr., LLC
3751 Government Street, Ste A
Baton Rouge, LA  70806

Re:   Forever Green Athletic Fields, Inc., et al v. Babcock Law Firm, LLC, et al
      US District Court for the Middle District of Louisiana
      Docket No.  11-CV-00633-JJB-DLD

Dear Christopher,

I propounded Interrogatories and Requests for Production of Documents to your clients on March 23, 2012. The time for providing your clients' responses under the Federal Rules is expired. Please let me know when you will provide your clients' responses, and consider this my good faith attempt to confer with you under Federal Rule 37(a)(1).   Call me if you have any questions.

With kind regards, I remain

Very truly yours,

s/ D. Paul Gardner, Jr.

James H. Gibson
D. Paul Gardner, Jr.
Direct Dial # 337-291-1490
Direct Fax # 337-291-1495
Email:  PaulGardner@allengooch.com

*[Handwritten note: Paul— Can you give me until 5/4/12 to get these to you? Check your VM. JCA 5/1/12]*

2000 KALISTE SALOOM ROAD • SUITE 400 | LAFAYETTE LA 70508
P.O. BOX 81129 | LAFAYETTE LA 70598-1129 | PHONE 337.291.1000 | FAX 337.291.1200

Case 3:11-cv-00633-JJB -DLD   Document 12-4    05/24/12   Page 1 of 2

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

# Gardner, Paul

| | |
|---|---|
| **From:** | Gardner, Paul |
| **Sent:** | Tuesday, May 01, 2012 1:38 PM |
| **To:** | 'chris@jcalaw.us' |
| **Cc:** | Smith, Kay; Hendrix, Stephanie; Sawyer, Becky |
| **Subject:** | Forever Green - Discovery |
| **Attachments:** | 20120501_130443_00086.pdf^.pdf |

Chris,

I have no problem with you providing your clients' responses by May 14, 2012.

Thanks,

Paul Gardner



**D. Paul Gardner, Jr.**
337.291.1490 Direct Dial
337.291.1495 Direct Fax

**Allen & Gooch, A Law Corporation**
2000 Kaliste Saloom Road, Suite 400
Lafayette LA 70508
V-Card

**CIRCULAR 230 NOTICE:** In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY NOTICE:** This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Allen & Gooch immediately by telephone (337-291-1000) and destroy the original message. Messages sent to and from us may be monitored.