# Gardner, Paul

| | |
|---|---|
| **From:** | Gardner, Paul |
| **Sent:** | Wednesday, May 16, 2012 1:30 PM |
| **To:** | 'chris@jcalaw.us' |
| **Cc:** | Smith, Kay; Sawyer, Becky; Hendrix, Stephanie |
| **Subject:** | RE: Forever Green - Discovery |

Chris,

The additional extension is granted.  However, I really need your clients' responses by that date since the discovery deadline (except experts) would only be about a month away.

Paul Gardner



**D. Paul Gardner, Jr.**
337.291.1490 Direct Dial
337.291.1495 Direct Fax

**Allen & Gooch, A Law Corporation**
2000 Kaliste Saloom Road, Suite 400
Lafayette LA 70508
V-Card

**CIRCULAR 230 NOTICE:** In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY NOTICE:** This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Allen & Gooch immediately by telephone (337-291-1000) and destroy the original message. Messages sent to and from us may be monitored.

---

**From:** Chris Alexander [mailto:chris@jcalaw.us]
**Sent:** Wednesday, May 16, 2012 12:11 PM
**To:** Gardner, Paul
**Subject:** RE: Forever Green - Discovery

Paul

I know we had agreed to May 14 for our responses.  Allow me to seek a last indulgence.  These materials as you know are voluminous.  We are in process of sorting and finalizing the responses.  Could you allow another seven (7) days, or until Wednesday, May 23 for the responses?

Regards,

Chris

- -
J. Christopher Alexander, Sr., Esq.
3751 Government St. | Baton Rouge, LA 70806
225-761-9456 (telephone) | 225-761-7899 (facsimile)

**From:** Gardner, Paul [mailto:PaulGardner@AllenGooch.com]
**Sent:** Wednesday, May 16, 2012 11:03 AM
**To:** Christopher Alexander Sr. (jca@jcalaw.us)

**Cc:** Smith, Kay; Sawyer, Becky; Hendrix, Stephanie
**Subject:** RE: Forever Green - Discovery

Chris,

What is the status on those discovery responses?

Thanks,

Paul Gardner



**D. Paul Gardner, Jr.**
337.291.1490 Direct Dial
337.291.1495 Direct Fax

**Allen & Gooch, A Law Corporation**
2000 Kaliste Saloom Road, Suite 400
Lafayette LA 70508
V-Card

**CIRCULAR 230 NOTICE:** In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY NOTICE:** This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Allen & Gooch immediately by telephone (337-291-1000) and destroy the original message. Messages sent to and from us may be monitored.

---

**From:** Chris Alexander [mailto:chris@jcalaw.us]
**Sent:** Tuesday, May 01, 2012 1:43 PM
**To:** Gardner, Paul
**Subject:** RE: Forever Green - Discovery

Paul

I appreciate it and look forward to returning the favor as the need may arise.

Regards,

JCA

- -
J. Christopher Alexander, Sr., Esq.
3751 Government St. | Baton Rouge, LA 70806
225-761-9456 (telephone) | 225-761-7899 (facsimile)

**From:** Gardner, Paul [mailto:PaulGardner@AllenGooch.com]
**Sent:** Tuesday, May 01, 2012 1:38 PM
**To:** 'chris@jcalaw.us'
**Cc:** Smith, Kay; Hendrix, Stephanie; Sawyer, Becky
**Subject:** Forever Green - Discovery

Chris,

2

I have no problem with you providing your clients' responses by May 14, 2012.

Thanks,

Paul Gardner



**D. Paul Gardner, Jr.**
337.291.1490 Direct Dial
337.291.1495 Direct Fax

**Allen & Gooch, A Law Corporation**
2000 Kaliste Saloom Road, Suite 400
Lafayette LA 70508
V-Card

**CIRCULAR 230 NOTICE:** In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY NOTICE:** This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Allen & Gooch immediately by telephone (337-291-1000) and destroy the original message. Messages sent to and from us may be monitored.