FOREVER GREEN ATHLETIC FIELDS, INC., ET AL
    *Plaintiffs*

VERSUS

BABCOCK LAW FIRM, LLC, ET AL
    *Defendants*

C.A. NO: 11 – 633 – JJB – DLD

## ORDER

**IN CONSIDERATION** of the unopposed Motion to Extend Deadlines filed by the Plaintiffs herein;

**IT IS HEREBY ORDERED** that this motion is granted and that the deadlines for completing discovery, disclosure of identities and resumes of expert witnesses, exchange of expert reports, and filing dispositive motions are hereby extended as follows:

1. Discovery must be completed as follows:

   Filing all discovery motions and completing all fact discovery: **October 2, 2012**.

   Disclosure of identities and résumés of experts:

   > Plaintiff(s): **November 2, 2012**.
   > Defendant(s): **November 16, 2012**.

   Expert reports must be submitted to opposing parties as follows:

   > Plaintiff(s): **December 7, 2012**.
   > Defendant(s): **December 21, 2012**.

   > Discovery from experts must be completed by **January 21, 2013**.

2. All dispositive motions must be filed on or before **February 4, 2013**.

Signed in Baton Rouge, Louisiana, on June 22, 2012.

_____

**MAGISTRATE JUDGE DOCIA L. DALBY**

Case 3:11-cv-00633-JJB -DLD   Document 15   06/22/12   Page 1 of 1