# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA (Baton Rouge)

| | |
|---|---|
| **FOREVER GREEN ATHLETIC FIELDS, INC., KEITH DAY, AND DAVID RIPKA**<br>*Plaintiffs* | **CASE NO.: 3:11-cv-00633-JJB-DLD** |
| **VERSUS** | **JUDGE JAMES J. BRADY** |
| **BABCOCK LAW FIRM, LLC, BABCOCK PARTNERS, LLC, STEPHEN BABCOCK, APLC, TIMOTHY STEPHEN BABCOCK, ESQ., AND WESTPORT INSURANCE CORPORATION**<br>*Defendants* | **MAGISTRATE JUDGE DOCIA L. DALBY** |

## MOTION TO COMPEL

Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Corporation (collectively "Defendants") move to compel the THE KULLMAN FIRM and TOBOLSKY LAW to produce their "complete files" in connection with their representation of Forever Green Athletics Fields, Inc., Keith Day and David Ripka (collectively "Plaintiffs") in the underlying litigation, and respectfully represent:

### 1.

This is a legal malpractice action arising from Babcock Law Firm, L.L.C.'s representation of Plaintiffs in the underlying litigation.

### 2.

THE KULLMAN FIRM and TOBOLSKY LAW also provided legal representation to Plaintiffs in the underlying litigation.

1

3.

In connection with discovery in this matter, Defendants requested that subpoenas issue for THE KULLMAN FIRM's and TOBOLSKY LAW's "complete files" in connection with their representation of Plaintiffs in the underlying litigation.

4.

THE KULLMAN FIRM and TOBOLSKY LAW produced parts of their files, but withheld several documents under the attorney-client privilege and work-product doctrine – *i.e.*, correspondences (including emails) by and between Plaintiffs, THE KULLMAN FIRM and TOBOLSKY LAW; invoices and billing records; attorney's notes and drafts; Plaintiffs analysis of the claims; and withdrawal documents filed *in camera* with the underlying court.

5.

Plaintiffs will not consent to the disclosure of these documents. However, for the law and reasons detailed in the accompanying Memorandum in Support, Plaintiffs have put these documents "at issue" in this litigation and cannot claim protection over these documents via the attorney-client privilege and work-product doctrine.

6.

Defendants request that this Court order a blanket production of THE KULLMAN FIRM and TOBOLSKY LAW entire files related to their representation of Plaintiffs the underlying litigation. Alternatively, Defendants request that this Court perform an *in camera* review of the documents at issue to determine whether they are subject to disclosure.

7.

Defendants attach the following Exhibits in support of this Motion to Compel:

     Exhibit 1 – Subpoenas

2

Exhibit 2 – Kullman Declaration / Tobolsky Privilege log

Exhibit 3 – Motion to Withdraw and Substitute Counsel of Record by Babcock Law and THE KULLMAN FIRM

Exhibit 4 – Correspondences from Day and Ripka

Exhibit 5 – Order on Motion to Withdraw and Substitute Counsel of Record

Exhibit 6 – Motion and Order to Withdraw as Counsel by THE KULLMAN FIRM

Exhibit 7 – Order on Motion to Withdraw

Exhibit 8 – Consent Judgment

Exhibit 9 – Written Reasons for Judgment

Exhibit 10 – Judgment on Defendants' Peremptory Exception of Prescription

Exhibit 11 – Complaint

Exhibit 12 – Forever Green's Responses to Defendants' Discovery Requests

Exhibit 13 – Rule 37 Certificate with emails

Wherefore, the premises considered, Defendants pray that an order issue for the blanket production of THE KULLMAN FIRM's and TOBOLSKY LAW's complete files in connection with their representation of Plaintiffs in the underlying litigation; or in the alternative, that this Court perform an *in camera* review of the documents at issue to determine which documents are subject to disclosure in this case; and for all other general and equitable relief.

ALLEN & GOOCH
A Law Corporation


s/ D. Paul Gardner, Jr.
JAMES H. GIBSON - 14285
D. PAUL GARDNER, JR. - 29872
2000 Kaliste Saloom Rd., Suite 400
Lafayette, LA 70508
P.O. Box 81129
Lafayette, LA 70509-1129
Tel: 337-291-1490
Fax: 337-291-1495
PaulGardner@AllenGooch.com
*Attorneys for Babcock Law Firm, L.L.C.,*
*Babcock Partners, L.L.C., Stephen Babcock,*
*APLC, Timothy Stephen Babcock and*
*Westport Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. J. Christopher Alexander, Sr. via the Court's electronic filing system.

Lafayette, Louisiana, this _25_ TH day of July, 2012.

s/ D. Paul Gardner, Jr.
D. PAUL GARDNER, JR.

Case 3:11-cv-00633-JJB -DLD   Document 16   07/25/12   Page 4 of 4