UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA (Baton Rouge)

| | |
|---|---|
| **FOREVER GREEN ATHLETIC FIELDS, INC., KEITH DAY, AND DAVID RIPKA** *Plaintiffs* | CASE NO.: 3:11-cv-00633-JJB-DLD |
| **VERSUS** | JUDGE JAMES J. BRADY |
| **BABCOCK LAW FIRM, LLC, BABCOCK PARTNERS, LLC, STEPHEN BABCOCK, APLC, TIMOTHY STEPHEN BABCOCK, ESQ., AND WESTPORT INSURANCE CORPORATION** *Defendants* | MAGISTRATE JUDGE DOCIA L. DALBY |

**RULE 78.1 REQUEST FOR ORAL ARGUMENT**

NOW INTO COURT, through undersigned counsel come Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Corporation (collectively "Defendants"), who respectfully move this Honorable Court to entertain oral argument on their Motion to Compel [doc. 16]. Defendants believe that oral argument will mutually facilitate the informed and efficient adjudication of this matter.

WHEREFORE, Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Corporation (collectively "Defendants") respectfully urge this Court to hear oral argument in connection with their Motion to Compel.

1

Respectfully submitted:

ALLEN & GOOCH
A Law Corporation

*s/ D. Paul Gardner, Jr.*
JAMES H. GIBSON - 14285
D. PAUL GARDNER, JR. - 29872
2000 Kaliste Saloom Rd., Suite 400
Lafayette, LA 70508
P.O. Box 81129
Lafayette, LA 70509-1129
Tel: 337-291-1490
Fax: 337-291-1495
PaulGardner@AllenGooch.com
*Attorneys for Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Request for Oral Argument on Motion to Dismiss was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. J. Christopher Alexander, Sr. via the Court's electronic filing system.

Lafayette, Louisiana, this 25th day of July, 2012.

*s/ D. Paul Gardner, Jr.*
D. PAUL GARDNER, JR.