# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FOREVER GREEN**<br>**ATHLETIC FIELDS, INC. et al** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-633-JJB-RLB** |
| **BABCOCK LAW FIRM, LLC et al** | |

---

## ORDER

     Oral argument was held on July 23, 2013 at 10:00 a.m. in Courtroom 6 before Magistrate Judge Richard L. Bourgeois, Jr. (R. Doc. 33) on Defendants' Motion to Compel (R. Doc. 16). As discussed during oral argument and described more fully in the Court's Post-Hearing Order, a follow-up telephone status conference is scheduled for **August 13, 2013** before Judge Bourgeois at **10:00 a.m.** to discuss the contents of **Item nos. 9, 10 and 12** in Defendants' June 6, 2013 letter to Plaintiffs' counsel. The Court will initiate the call.

     Signed in Baton Rouge, Louisiana, on July 23, 2013.

                                 **RICHARD L. BOURGEOIS, JR.**
                                 **UNITED STATES MAGISTRATE JUDGE**