UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FOREVER GREEN ATHLETIC FIELDS, INC. et al | CIVIL ACTION |
| VERSUS | NO. 11-633-JJB-RLB |
| BABCOCK LAW FIRM, LLC et al | |

### ORDER

**IT IS ORDERED** that all of the deadlines contained in Defendants' Unopposed Motion to Extend Deadlines (R. Doc. 27), including discovery and dispositive motion deadlines, are hereby **SUSPENDED** pending resolution of Defendants' Motion to Compel (R. Doc. 16). The Court will establish new deadlines upon resolving Defendants' Motion to Compel.

Signed in Baton Rouge, Louisiana, on July 29, 2013.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE