



June 6, 2013

Mr. J. Christopher Alexander, Sr.  *Via Fax*
Law Office of J. Christopher Alexander, Sr., LLC
3751 Government Street, Ste A
Baton Rouge, LA 70806

Re: Forever Green Athletic Fields, Inc., et al v. Babcock Law Firm, LLC, et al
US District Court for the Middle District of Louisiana
Docket No. 11-CV-00633-JJB-DLD

Dear Chris,

Magistrate Bourgeois requested that we confer prior to the oral argument scheduled for June 14, 2013 to specify exactly what documents my clients seek to compel from The Kullman Firm and Tobolsky Law. In accordance with his request, my clients seek the production of the following documents from The Kullman Firm and Tobolsky Law:

1. All written communications (including letters, emails, memorandums, etc.) exchanged between The Kullman Firm[1] **and** David Ripka, Keith Day, Tobolsky Law[2] and/or Chris Alexander relating in any way to the matter entitled "*Charles C. Dawson and Kelli Dawson v. Forever Green Athletic Fields, Inc., David Ripka and Keith Day*, Docket No. 547,844, 19th Judicial District Court, East Baton Rouge Parish, Louisiana."

2. All written communications (including letter, emails, memorandums, etc.) exchanged between Tobolsky Law **and** David Ripka, Keith Day, The Kullman Firm and/or Chris Alexander relating in any way to the matter entitled "*Charles C. Dawson and Kelli Dawson v. Forever Green Athletic Fields, Inc., David Ripka and Keith Day*, Docket No. 547,844, 19th Judicial District Court, East Baton Rouge Parish, Louisiana."

---

[1] "The Kullman Firm" herein refers to Eric Miller and any other attorneys, employees and representatives of that law firm.
[2] "Tobolsky Law" herein refers to William Tobolsky and any other attorneys, employees and representatives of that law firm.

2000 KALISTE SALOOM ROAD • SUITE 400 | LAFAYETTE LA 70508
P.O. BOX 81129 | LAFAYETTE LA 70598-1129 | PHONE 337.291.1000 | FAX 337.291.1200
OFFICES IN LAFAYETTE LOUISIANA & NEW ORLEANS LOUISIANA

Mr. J. Christopher Alexander, Sr.
June 6, 2013
Page 2

3. All invoices and billing records generated by The Kullman Firm that detail the amounts charged to David Ripka, Keith Day and/or Forever Green relating in any way to the matter entitled *"Charles C. Dawson and Kelli Dawson v. Forever Green Athletic Fields, Inc., David Ripka and Keith Day*, Docket No. 547,844, 19th Judicial District Court, East Baton Rouge Parish, Louisiana."

4. All invoices and billing records generated by The Kullman Firm that provide a description of the services performed by The Kullman Firm that were charged to David Ripka, Keith Day and/or Forever Green relating in any way to the matter entitled *"Charles C. Dawson and Kelli Dawson v. Forever Green Athletic Fields, Inc., David Ripka and Keith Day*, Docket No. 547,844, 19th Judicial District Court, East Baton Rouge Parish, Louisiana."

5. All invoices and billing records generated by The Kullman Firm that identifies the time spent by The Kullman Firm that was charged to David Ripka, Keith Day and/or Forever Green relating in any way to the matter entitled *"Charles C. Dawson and Kelli Dawson v. Forever Green Athletic Fields, Inc., David Ripka and Keith Day*, Docket No. 547,844, 19th Judicial District Court, East Baton Rouge Parish, Louisiana."

6. All invoices and billing records generated by the Tobolsky Law that detail the amounts charged to David Ripka, Keith Day and/or Forever Green relating in any way to the matter entitled *"Charles C. Dawson and Kelli Dawson v. Forever Green Athletic Fields, Inc., David Ripka and Keith Day*, Docket No. 547,844, 19th Judicial District Court, East Baton Rouge Parish, Louisiana."

7. All invoices and billing records generated by Tobolsky Law that provide a description of the services performed by Tobolsky Law that were charged to David Ripka, Keith Day and/or Forever Green relating in any way to the matter entitled *"Charles C. Dawson and Kelli Dawson v. Forever Green Athletic Fields, Inc., David Ripka and Keith Day*, Docket No. 547,844, 19th Judicial District Court, East Baton Rouge Parish, Louisiana."

8. All invoices and billing records generated by Tobolsky Law that identifies the time spent by Tobolsky Law that was charged to David Ripka, Keith Day and/or Forever Green relating in any way to the matter entitled *"Charles C. Dawson and Kelli Dawson v. Forever Green Athletic Fields, Inc., David Ripka and Keith Day*, Docket No. 547,844, 19th Judicial District Court, East Baton Rouge Parish, Louisiana."

Mr. J. Christopher Alexander, Sr.
June 6, 2013
Page 3

9. All attorneys notes and drafts generated by The Kullman Firm that relate in any way to the matter entitled *"Charles C. Dawson and Kelli Dawson v. Forever Green Athletic Fields, Inc., David Ripka and Keith Day*, Docket No. 547,844, 19th Judicial District Court, East Baton Rouge Parish, Louisiana."

10. All attorneys notes and drafts generated by Tobolsky Law that relate in any way to the matter entitled *"Charles C. Dawson and Kelli Dawson v. Forever Green Athletic Fields, Inc., David Ripka and Keith Day*, Docket No. 547,844, 19th Judicial District Court, East Baton Rouge Parish, Louisiana."

11. All "drafts and duplicates" maintained by The Kullman Firm, as indicated by its Declaration, relating in any way to the matter entitled *"Charles C. Dawson and Kelli Dawson v. Forever Green Athletic Fields, Inc., David Ripka and Keith Day*, Docket No. 547,844, 19th Judicial District Court, East Baton Rouge Parish, Louisiana."

12. The withdrawal documents/exhibits filed in camera by The Kullman Firm in the matter entitled *"Charles C. Dawson and Kelli Dawson v. Forever Green Athletic Fields, Inc., David Ripka and Keith Day*, Docket No. 547,844, 19th Judicial District Court, East Baton Rouge Parish, Louisiana."

If any of the aforementioned documents contain information with subject-matter that is not related to the litigation entitled *"Charles C. Dawson and Kelli Dawson v. Forever Green Athletic Fields, Inc., David Ripka and Keith Day*, Docket No. 547,844, 19th Judicial District Court, East Baton Rouge Parish, Louisiana," then the unrelated subject-matter in those documents may be redacted with any related subject-matter of those documents subject to production. My clients **do not** seek the production of any document from The Kullman Firm and Tobolsky Law that would constitute a confidential business record of The Kullman Firm and Tobolsky Law that would not be provided to David Ripka, Keith Day and/or Forever Green because of the document's confidential nature.

Please let me know, prior to the oral argument, if we can come to an agreement regarding the production of documents described herein.

Mr. J. Christopher Alexander, Sr.
June 6, 2013
Page 4

Sincerely,

James H. Gibson
D. Paul Gardner, Jr.
Direct Dial # 337-291-1490
Direct Fax # 337-291-1495
Email: PaulGardner@AllenGooch.com

CC: Magistrate Richard L. Bourgeois (via e-mail)
      Mr. Eric Miller (via e-mail)
      Mr. William Tobolsky (via e-mail)