UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA (Baton Rouge)

| | |
|---|---|
| **FOREVER GREEN ATHLETIC FIELDS, INC., KEITH DAY, AND DAVID RIPKA**<br>    *Plaintiffs* | **CASE NO.: 3:11-cv-00633-JJB-DLD** |
| **VERSUS** | **JUDGE  JAMES J. BRADY** |
| **BABCOCK LAW FIRM, LLC, BABCOCK PARTNERS, LLC, STEPHEN BABCOCK, APLC, TIMOTHY STEPHEN BABCOCK, ESQ., AND WESTPORT INSURANCE CORPORATION**<br>    *Defendants* | **MAG. JUDGE RICHARD BOURGEOIS** |

**MOTION FOR SANCTIONS**

Defendants, Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Corporation move for sanctions against Plaintiffs, Forever Green Athletic Fields, Inc., Keith Day and David Ripka, in accordance with Rule 37(b) of the Federal Rules of Civil Procedure for failure to obey this Court's discovery Order of January 3, 2014.  (Doc. 50).  Specifically, Defendants seek immediate production of documents responsive to Item No. 2 and document no. 130 of the Tobolsky Privilege Log, attorney fees and costs incurred in bringing this motion, and/or the dismissal of Plaintiffs' claims for business losses, all for the reasons more fully set forth in the attached memorandum.

Accordingly, Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Company pray that this Court order Plaintiffs, Forever Green Athletic Fields, Inc., Keith Day and David Ripka, to comply immediately with this Court's January 3, 2014 Order and produce the documents responsive to Item No. 2 and document no. 130 of the Tobolsky Privilege Log.  Furthermore, Defendants

1

respectfully request that Plaintiffs be sanctioned for violating the discovery Order (Doc. 50), and that this Court award Defendants attorney fees and costs incurred in bringing this motion and/or dismiss Plaintiffs' claims for business losses, and for all other general and equitable relief provided under F.R.C.P. 37.

ALLEN & GOOCH

A Law Corporation

s/ D. Paul Gardner, Jr.
JAMES H. GIBSON - 23171
D. PAUL GARDNER, JR. - 29872
2000 Kaliste Saloom Rd., Suite 400
Lafayette, LA  70508
P.O. Box 81129
Lafayette, LA  70509-1129
Tel:  337-291-1490
Fax:  337-291-1495
PaulGardner@AllenGooch.com
*Attorneys for Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Sanctions was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Mr. J. Christopher Alexander, Sr. via the Court's electronic filing system.

Lafayette, Louisiana, this 13th day of May, 2014.

s/ D. Paul Gardner, Jr.
D. PAUL GARDNER, JR.