UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA (Baton Rouge)

| | |
|---|---|
| **FOREVER GREEN ATHLETIC FIELDS, INC., KEITH DAY, AND DAVID RIPKA**<br>*Plaintiffs* | CASE NO.: 3:11-cv-00633-JJB-DLD |
| **VERSUS** | JUDGE JAMES J. BRADY |
| **BABCOCK LAW FIRM, LLC, BABCOCK PARTNERS, LLC, STEPHEN BABCOCK, APLC, TIMOTHY STEPHEN BABCOCK, ESQ., AND WESTPORT INSURANCE CORPORATION**<br>*Defendants* | MAG. JUDGE RICHARD BOURGEOIS |

## MOTION TO CONTINUE TRIAL
## OR FOR OTHER ALTERNATIVE RELIEF

Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Company (collectively "Defendants") move to continue the March 2, 2015 jury trial because Defendants' seek an extension of several deadlines, including the July 30, 2014 deadline for filing dispositive motions and Daubert motions. In the alternative to continuing the trial date, Defendants move to extend by 90 days the following scheduling order deadlines: filing all discovery motions and completing all discovery except experts: **June 30, 2014**; submission of Defendants' expert reports: **Defendant(s): June 16, 2014**; expert discovery: **July 16, 2014**; and the filing dispositive motions and Daubert motions: **July 30, 2014.** The reasons supporting this Motion are fully set forth in the accompanying Memorandum in Support and the following Exhibits that are attached hereto and incorporated herein by reference:

**Exhibit 1** – Interrogatories and Requests for Production of Documents propounded to Plaintiffs, *in globo*.

1

**Exhibit 2** – Plaintiffs' Responses to Defendants' Discovery Requests, *in globo*.

**Exhibit 3** – Subpoenas to Kullman Firm/Tobolsky, *in globo*.

**Exhibit 4** – Responses to Kullman Firm/Tobolsky subpoenas, *in globo*.

**Exhibit 5** – Numerous correspondences between Gardner and Alexander, *in globo* (1.23.2014 – 4.2.2014)

**Exhibit 6** – Correspondence to Court (4.2.2014)

**Exhibit 7** – Numerous correspondences between Gardner, Alexander, and Tobolsky, *in globo* (4.4.2014 – 4.15.2014).

**Exhibit 8** – Email from Alexander (6.2.2014).

**Exhibit 9** – Email from Tobolsky (5.12.2014).

**Exhibit 10** – Emails between Gardner and Tobolsky (4.8.2014).

**Exhibit 11** – Emails regarding scheduling depositions.

**Exhibit 12** – Email from Alexander and attachments (5.9.2014).

**Exhibit 13** – Fourth Set of Requests for Production of Documents (5.27.2014)

**Exhibit 14** – Plaintiffs' Expert Disclosures.

**Exhibit 15** – Interrogatories and Requests for Production of Documents Regarding Experts.

**Exhibit 16** – Subpoenas to Spring, Thibodeaux, and Herrington.

**Exhibit 17** – Notice of Seizure.

**Exhibit 18** – Objections and Motions to Quash. These motions were filed in the United States District Court for the Western District of Louisiana, but are being transferred to this Court by consent.

**Exhibit 19** – Notice of Deposition to William Tobolsky.

**Exhibit 20** – Email from Tobolsky (5.30.2014).

**Exhibit 21** – Email from Tobolsky (6.4.2014).

WHEREFORE, the premises considered, Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Company pray that the Court grant this Motion; that the Court issue an order continuing the March 2, 2015 trial date; or in the alternative, that the Court issue an order extending by 90 days the current scheduling order deadlines for completing discovery, filing discovery motion, submitting Defendants' expert reports, completing expert discovery, and filing dispositive motions and Daubert motions, and for all other general and equitable relief.

>Respectfully Submitted,
>
>ALLEN & GOOCH
>A Law Corporation
>
>
>s/ D. Paul Gardner, Jr.
>JAMES H. GIBSON - 14285
>D. PAUL GARDNER, JR. - 29872
>2000 Kaliste Saloom Rd., Suite 400
>Lafayette, LA  70508
>P.O. Box 81129
>Lafayette, LA  70509-1129
>Tel:  337-291-1490
>Fax:  337-291-1495
>PaulGardner@AllenGooch.com
>*Attorneys for Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Motion to Extend Deadlines was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. J. Christopher Alexander, Sr. via the Court's electronic filing system.

Lafayette, Louisiana, this 4th day of June, 2014.

                                          s/ D. Paul Gardner, Jr.
                                        D. PAUL GARDNER, JR.