UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA (Baton Rouge)

| | |
|---|---|
| **FOREVER GREEN ATHLETIC FIELDS, INC., KEITH DAY, AND DAVID RIPKA**<br>*Plaintiffs* | **CASE NO.: 3:11-cv-00633-JJB-DLD** |
| **VERSUS** | **JUDGE JAMES J. BRADY** |
| **BABCOCK LAW FIRM, LLC, BABCOCK PARTNERS, LLC, STEPHEN BABCOCK, APLC, TIMOTHY STEPHEN BABCOCK, ESQ., AND WESTPORT INSURANCE CORPORATION**<br>*Defendants* | **MAG. JUDGE RICHARD BOURGEOIS** |

## MOTION TO COMPEL

Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Corporation (collectively "Defendants") move in accordance with Rule 37 (a) of the Federal Rules of Civil Procedure to compel Forever Green Athletic Fields, Inc.'s, Keith Day's and David Ripka's responses to Defendants' third set of Requests for Production of Documents and Interrogatories (**Exhibit "1"**) and Requests for Production of Documents Regarding Experts (**Exhibit "2"**) propounded on April 28, 2014 and May 9, 2014, respectively, for reasons set forth in the accompanying Memorandum in Support. Defendants attach and incorporate the accompanying Memorandum in Support and exhibits as if copied herein verbatim and in their entirety.

Accordingly, Babcock Law Firm, L.L.C., Babcock Partners, L.L.C., Stephen Babcock, APLC, Timothy Stephen Babcock and Westport Insurance Company pray for an order under Fed. R. Civ. P. 37(a) compelling Forever Green Athletic Fields, Inc., Keith Day and David Ripka to provide full and complete responses to Defendants' third set of Requests for Production of

Documents and Interrogatories (**Exhibit "1"**) and Requests for Production of Documents Regarding Experts (**Exhibit "2"**), for reasonable expenses incurred in bringing this motion, and for all other general and equitable relief.

        ALLEN & GOOCH

        A Law Corporation

        s/ D. Paul Gardner, Jr.
        JAMES H. GIBSON - 23171
        D. PAUL GARDNER, JR. - 29872
        2000 Kaliste Saloom Rd., Suite 400
        Lafayette, LA  70508
        P.O. Box 81129
        Lafayette, LA  70509-1129
        Tel:  337-291-1490
        Fax: 337-291-1495
        PaulGardner@AllenGooch.com
        *Attorneys for Babcock Law Firm, L.L.C.,*
        *Babcock Partners, L.L.C., Stephen Babcock,*
        *APLC, Timothy Stephen Babcock and*
        *Westport Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Compel was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Mr. J. Christopher Alexander, Sr. via the Court's electronic filing system.

Lafayette, Louisiana, this 17th day of June 2014.

        s/ D. Paul Gardner, Jr.
        D. PAUL GARDNER, JR.