**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA (Baton Rouge)**

| | |
|---|---|
| **FOREVER GREEN ATHLETIC FIELDS, INC., KEITH DAY, AND DAVID RIPKA**<br>          *Plaintiffs* | **CASE NO.:  3:11-cv-00633-JJB-DLD** |
| **VERSUS** | **JUDGE  JAMES J. BRADY** |
| **BABCOCK LAW FIRM, LLC, BABCOCK PARTNERS, LLC, STEPHEN BABCOCK, APLC, TIMOTHY STEPHEN BABCOCK, ESQ., AND WESTPORT INSURANCE CORPORATION**<br>          *Defendants* | **MAG. JUDGE RICHARD BOURGEOIS** |

**MEMORANDUM IN SUPPORT**

On April 23, 2014, a third set of Requests for Production of Documents was propounded to Forever Green Athletic Fields, Inc., Keith Day and David Ripka (collectively "Plaintiffs") via certified mail.  **(Exhibit "1")**.  On May 9, 2014, Interrogatories and Requests for Production of Documents Regarding Experts were propounded to Plaintiffs via email and certified mail. **(Exhibit "2")**.  Plaintiffs' responses were not received within the delays allowed under the Federal Rules of Civil Procedure.

On June 12, 2014, the undersigned counsel wrote to Plaintiffs' counsel requesting that Plaintiffs provide full and complete responses to the aforementioned discovery requests by Monday, June 16, 2014.  **(Exhibit "3")**.  A short deadline to respond was provided in light of the approaching June 30, 2014 deadline to complete discovery and file discovery motions. [R. Doc. 51, 55].[1]  To date, Plaintiffs have failed to respond to the aforementioned discovery requests.

---

[1] On June 4, 2014, Defendants moved to continue the trial date and/or extend the current scheduling order deadlines. However, since that motion has not yet been ruled on, Defendants are governed by the current scheduling order deadlines.

Accordingly, Defendants move and pray for an order compelling Plaintiffs to provide full and complete responses to the requested discovery by a specified date.  Fed. R. Civ. P. 37(a). Furthermore, Defendants request an award of reasonable expenses, including attorney's fees, incurred in making this motion. Fed. R. Civ. P. 37(a)(5).

ALLEN & GOOCH

A Law Corporation


s/ D. Paul Gardner, Jr.
JAMES H. GIBSON - 23171
D. PAUL GARDNER, JR. - 29872
2000 Kaliste Saloom Rd., Suite 400
Lafayette, LA  70508
P.O. Box 81129
Lafayette, LA  70509-1129
Tel:  337-291-1490
Fax:  337-291-1495
PaulGardner@AllenGooch.com
*Attorneys for Babcock Law Firm, L.L.C.,*
*Babcock Partners, L.L.C., Stephen Babcock,*
*APLC, Timothy Stephen Babcock and*
*Westport Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum in Support was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Mr. J. Christopher Alexander, Sr. via the Court's electronic filing system.

Lafayette, Louisiana, this 17th day of June 2014.



s/ D. Paul Gardner, Jr.
D. PAUL GARDNER, JR.