UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA (Baton Rouge)

| | |
|---|---|
| **FOREVER GREEN ATHLETIC FIELDS, INC., KEITH DAY, AND DAVID RIPKA**<br>*Plaintiffs* | CASE NO.: 3:11-cv-00633-JJB-DLD |
| **VERSUS** | JUDGE JAMES J. BRADY |
| **BABCOCK LAW FIRM, LLC, BABCOCK PARTNERS, LLC, STEPHEN BABCOCK, APLC, TIMOTHY STEPHEN BABCOCK, ESQ., AND WESTPORT INSURANCE CORPORATION**<br>*Defendants* | MAG. JUDGE RICHARD BOURGEOIS |

## RULE 37 CERTIFICATE

I hereby certify that I have conferred or attempted to confer with Plaintiffs' counsel in an effort to obtain his clients' discovery responses without court action as evidenced by Exhibit "3" attached to the Motion to Compel. To date, Plaintiffs have failed to respond to Defendants' discovery requests.

ALLEN & GOOCH

A Law Corporation

s/ D. Paul Gardner, Jr.
JAMES H. GIBSON - 23171
D. PAUL GARDNER, JR. - 29872
2000 Kaliste Saloom Rd., Suite 400
Lafayette, LA 70508
P.O. Box 81129
Lafayette, LA 70509-1129
Tel: 337-291-1490
Fax: 337-291-1495
PaulGardner@AllenGooch.com
*Attorneys for defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Answer to Complaint was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. J. Christopher Alexander, Sr. via the Court's electronic filing system.

Lafayette, Louisiana, this 27TH day of June 2014.

                                           s/ D. Paul Gardner, Jr.
                                           D. PAUL GARDNER, JR.