UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY
July 2, 2014
BOURGEOIS, MJ.

FOREVER GREEN ATHLETIC                                      CIVIL ACTION
FIELDS, INC., ET AL

VERSUS                                                     NO.  11-633-JJB-RLB

BABCOCK LAW FIRM, LLC, ET AL

                                    AND

LEO HERRINGTON, JR., ET AL                                 MISCELLANEOUS

VERSUS                                                     NO. 14-31-JJB-RLB

BABCOCK LAW FIRM, LLC, ET AL


        This matter came on this day for oral argument on Defendants' Motion for Sanctions (R.

Doc. 59), Motion to Continue Trial or For Other Alternative Relief (R. Doc. 64), Motion to

Strike Plaintiffs' Expert Witness (R. Doc. 66) and Motion to Compel (R. Doc. 68) in CV 11-633-

JJB-RLB, and the Objections and Motion to Quash filed by Leo Herrington, Jr. (R. Doc. 1),

Objections and Motion to Quash filed by Charles Dawson (R. Doc. 3), Supplemental Objection

and Supplemental Motion to Quash filed by Charles Dawson (R. Doc. 4), and the Motion for

Sanctions filed by Charles Dawson and Leo Herrington, Jr. (R. Doc. 14) in MC 14-31-JJB-RLB.

        PRESENT:    John Christopher Alexander, Sr.
                    Counsel for plaintiffs,
                    Forever Green Athletic Fields, Inc.,
                    Keith Day and David Ripka


C: cv25c; T: 03:00

Leo Herrington, Jr.
Counsel for plaintiffs in Misc. 14-31

Dennis Paul Gardner, Jr.
Counsel for defendants

The parties presented argument.

Separate orders will be issued by the court.

\* \* \* \*

C: cv25c; T: 03:00